Michael L. Greenwald (*pro hac vice*)
Greenwald Davidson Radbil PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
(561) 826-5477
(561) 961-5684 (Fax)
mgreenwald@gdrlawfirm.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramsey J. Bergeron, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Anytime Fitness AZ Development Group, L.L.C. and L13cky Health L.L.C., d/b/a Anytime Fitness, LLC, <br><br> Defendants. | No.: 2:19-cv-02790-JJT <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  Ramsey J. Bergeron ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action without prejudice.

  Dated: June 27, 2019      Respectfully submitted,

  */s/ Michael L. Greenwald*
  Michael L. Greenwald*
  Greenwald Davidson Radbil PLLC

1

**CERTIFICATE OF SERVICE**

    I certify that on June 27, 2019, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

                                          */s/ Michael L. Greenwald*
                                          Michael L. Greenwald